# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DAVID E. SULLIVAN ) | Chapter 7 |
| ) | Case No.: 10-14910-JNF |
| Debtor ) | |

## ORDER ON MOTION OF DEBTORS TO AVOID JUDICIAL LIENS

The Debtor has moved to avoid the following judicial liens pursuant to 11 U.S.C. §522(f):

1. An Execution issued by the Woburn District Court on November 19, 2009 to No. MA Telephone Workers Community C.U. and recorded at the Middlesex County Registry of Deeds on January 20, 2010 at Book 54176, Page 583.

It is hereby ORDERED, ADJUDGED and DECLARED that the Motion of Debtors to Avoid Judicial Liens is ALLOWED and that the above stated lien is avoided in full and is discharged pursuant to 11 U.S.C. §522(f).

Dated: August 31, 2010

Joan N. Feeney,
United States Bankruptcy Judge

1